# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AZIZ AZMI JAMALEDDIN, | 1:10-cv-01095-LJO-DLB (HC) |
|       Petitioner, | ORDER DIRECTING RESPONDENT TO SUBMIT REPORTER'S TRANSCRIPT OF SENTENCING HEARING |
|    v. | |
| J.A. YATES, Warden | |
|       Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

This case is ready for review on the merits. However, the Court has found that a copy of the Reporter's Transcripts of the sentencing hearing are necessary for resolution of the instant petition and were not submitted by Respondent. Accordingly, it is HEREBY ORDERED within twenty (20) days from the date of service of this order, Respondent shall submit a copy of the Reporter's Transcript of the sentencing hearing as referenced in the Answer.

IT IS SO ORDERED.

Dated: November 22, 2010

/s/ Dennis L. Beck
UNITED STATES MAGISTRATE JUDGE